1  PACIFIC TRIAL ATTORNEYS
2  A Professional Corporation
   Scott J. Ferrell, Bar No. 202091
3  sferrell@pacifictrialattorneys.com
   4100 Newport Place Dr., Suite 800
4  Newport Beach, CA 92660
   Tel: (949) 706-6464
5  Fax: (949) 706-6469

6  Attorneys for Plaintiff

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated, | Case No. 5:23-cv-00545-FLA-MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT** **[L.R. 16-15.7]** |
| v. | |
| J CHOO USA, INC, a Delaware Corporation; and DOES 1 through 10, inclusive, | Complaint Filed: October 21, 2022 Removed: March 28, 2023 |
| Defendants. | |

NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within sixty (60) days of the date of this Notice.

Dated: May 4, 2023          PACIFIC TRIAL ATTORNEYS

                            By: */s/ Scott J. Ferrell*
                                Scott J. Ferrell
                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.